(February 19, 1951.)

∎

JACOB S. BRENNER, Respondent, v. HERMINE J. DEUTSCHER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

∎

TILLIE EIFERMAN et al., Appellants, v. CITY OF NEW YORK, Defendant. DI LORENZO & ALFERT, Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for a rehearing and for other relief denied, without costs. Present — Adel, Sneed, Wenzel and MacCrate, JJ.; Nolan, P. J., not voting. [See 276 App. Div. 919.]

∎

F. FRED FREDEL, Appellant, v. CHARLES S. GREENE et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Were the orders of the Special Term dismissing the first and second causes of action in the complaint herein properly made? Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 579.]

∎

In the Matter of THOMAS A. BURTON, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss proceeding granted, without costs, and proceeding dismissed, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

∎

In the Matter of COURT & REMSEN BUILDING CORP., Appellant. HILLARD POLLACK et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion by respondents to open their default in failing to appear on the appeal, to submit a brief in answer to appellant's brief, and for reargument, granted. On such reargument, the original determination is adhered to. Present — Carswell, Johnston, Sneed and Wenzel, JJ.; Nolan, P. J., not voting. [See *ante*, p. 572.]

∎

In the Matter of NORMAN EISENSTEIN, Respondent. RELIANT REALTY CO., INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 580.]

∎

In the Matter of the Adoption of JOSEPH KRENKEL, JR., an Infant. RITA K. AURICCHIO, Appellant; NATHAN G. HORN et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 573.]